# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>        Respondent.<br>_____ | Case No. CV 10-9648-JAK (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition and this action without prejudice.

DATED: September 15, 2011      _____

                                                             HONORABLE JOHN A. KRONSTADT<br>                                                             UNITED STATES DISTRICT JUDGE