JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS,<br><br>　　　　　Respondent. | Case No. CV 10-9648-JAK (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: September 15, 2011

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE